| AO 10<br>Rev. 1/2012 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2011** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Riley, William J. | 2. Court or Organization<br><br>Eighth Circuit Court of Appeals | 3. Date of Report<br><br>05/11/2012 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>Roman Hruska U.S. Courthouse<br>111 South 18th Plaza, #4303<br>Omaha, NE 68102-1322 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Member & Manager | Riley Quest, L.L.C. |
| 2. Adjunct Professor | University of Nebraska, College of Law |
| 3. Delegate to House of Delegates | Nebraska State Bar Association since 1998 |
| 4. Treasurer, Nebraska Chapter | American Board of Trial Advocates |
| 5. Counselor/Judicial Member | Robert M. Spire Inns of Court |
| 6. Trustee, Board of Trustees | MidAmerica Council, Boy Scouts of America |

RECEIVED 2012 MAY 14 A 10: 21 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. 04/2011 | University of Nebraska-Lincoln, College of Law, Adjunct Faculty, Spring 2012 |
| 2. 04/01/75 | Profit Sharing and 401(k) Retirement Plan, Fitzgerald, Schorr, Barmettler & Brennan, P.C., L.L.O., former law firm, no control after termination 8/15/2001 |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J. | 05/11/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Spring2011 | University of Nebraska, College of Law | $7,700.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Vanderbilt Law School | 02/04/2011 to 02/05/2011 | Nashville, TN | Judge Moot Court Competition | Airfare, hotel, airport parking & meals |
| 2. | AccessData | 05/16/2011 to 05/17/2011 | Las Vegas, NV | Speaker at Conference | Airfare, hotel & meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J. | 05/11/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Reduced Membership | American Board of Trial Advocates | $450.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First National Bank of Omaha Accounts | A | Interest | K | T | | | | | |
| 2. Mass Mutual Life Insurance - Cash Values | | None | L | T | | | | | |
| 3. Riley Quest, L.L.C. ▮▮▮ ▮▮▮ ) | A | Dividend | O | Q | | | | | |
| 4. Marasico Growth Fund | A | Dividend | J | T | | | | | |
| 5. IRA #1 | A | Dividend | L | T | | | | | |
| 6. -Janus Growth & Income | | | | | | | | | |
| 7. -Weitz Value Fund | | | | | | | | | |
| 8. -Marsico Focus Fund | | | | | | | | | |
| 9. IRA - #2 | A | Dividend | L | T | | | | | |
| 10. -American Century Income & Growth Fund | | | | | | | | | |
| 11. -Marsico Growth & Income Fund | | | | | | | | | |
| 12. -American Century Equity Income | | | | | | | | | |
| 13. IRA - #3 | A | Dividend | J | T | | | | | |
| 14. -Janus Fund | | | | | | | | | |
| 15. -Janus Twenty Fund | | | | | | | | | |
| 16. RBC Dain Rauscher 403(b) Account | A | Div. & Int. | K | T | | | | | |
| 17. -Evergreen Gro. - A Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Fidelity Adv. Grow & Inc.-T | | | J | | | | | | |
| 19. -Fidelity Adv. Divers Intl.-T | | | J | | | | | | |
| 20. -Fidelity Adv. MidCap II CL-T | | | J | | | | | | |
| 21. -Fidelity Adv. Val Leaders-T | | | J | | | | | | |
| 22. -Fidelity Adv. LVGD Co. S&K CL-T | | | J | | | | | | |
| 23. First National Bank of Omaha - Profit Sharing & 401(k) FSB&B | D | Div. & Int. | O | T | | | | | |
| 24. -Goldman Sachs -U.S. Government Money Market Fund | | | | | Distributed (part) | 01/01/11 | K | | |
| 25. -Berkshire Hathaway, Inc. Class A Common | | | | | | | | | |
| 26. -Marsico Focus Fund | | | | | | | | | |
| 27. -Marsico Growth Fund | | | | | | | | | |
| 28. -Oakmark Equity & Income I Fund | | | | | | | | | |
| 29. -T Rowe Price Equity Income Fund | | | | | | | | | |
| 30. RBC Account X (inherited securities) | D | Int./Div. | N | T | | 02/01/11 | M | | |
| 31. -Money Market X | | | | | | | | | |
| 32. -Dodge & Cox Income X | | | | | Sold | 04/08/11 | L | | |
| 33. -Lord Abbett Affiliated X | | | | | Sold | 10/31/11 | L | | |
| 34. -PIMCO Funds X | | | | | Sold | 04/08/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Thornburg Income Trust X | | | | | Sold | 04/08/11 | L | | |
| 36. -Thornburg Int'l Value X | | | | | | | | | |
| 37. -Templeton Foreign X | | | | | | | | | |
| 38. -Prime Money Market X | A | Interest | J | | Buy | 04/01/11 | J | | |
| 39. -Ashton Funds Montag & Caldwell Growth X | A | Dividend | J | | Buy | 08/31/11 | J | | |
| 40. -Davis New York Venture Fund X | A | Dividend | K | | Buy | 10/31/11 | K | | |
| 41. -Public Power Generation Agency Nebraska X | C | | L | | Buy | 07/27/11 | L | | |
| 42. -Sarpy County Nebrasaka Recovery Zone X | B | | K | | Buy | 05/16/11 | K | | |
| 43. -Omaha Public Power District Nebraska X | B | | K | | Buy | 05/16/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riley, William J. | 05/11/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Mother died January 31, 2011, and I inherited almost 100% of her estate. Real estate appraisals as of January 31, 2011.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sign

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544